UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

C.T., Individually and as Parent and Guardian
of C.H., a student with a disability,

                Plaintiff,

v.

JOHN B. KING, JR., in his official capacity as
Commissioner of Education of the New York
State Education Department; JAMES P.
DELORENZO, in his official capacity as
Assistant Commissioner of the New York
State Education Department; JUSTYN P.
BATES, in his official capacity as New York
State Review Officer; and THE NEW YORK
CITY DEPARTMENT OF EDUCATION,

                Defendants.
------------------------------------------------------------------X

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

14 Civ. 8416 (NRB)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2014

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), counsel for Plaintiff C.T. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants John B. King, Jr., James P. DeLorenzo, Justyn P. Bates, and the New York City Department of Education.

Dated: New York, New York
       November 18, 2014

*Erin McCormack-Herbert*
ERIN MCCORMACK-HERBERT (EM 6058)
PARTNERSHIP FOR CHILDREN'S RIGHTS
Attorney for Plaintiff
271 Madison Avenue, 17th Floor
New York, NY 10016
(212) 683-7999 ext. 229
Fax: (212) 683-5544
emccormack@pfcr.org

SO ORDERED:

*Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Court
Dated: November 19, 2014